# United States Bankruptcy Court
## Southern District of Florida

In re 6913 VALENCIA DRIVE LLC
Debtor(s)

Case No. ____________
Chapter 11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for 6913 VALENCIA DRIVE LLC in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

August 15, 2026
Date

/s/Liza Hazan
Signature of Litigant

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com