**ORDERED in the Southern District of Florida on September 3, 2026.**

Peter D. Russin, Judge
United States Bankruptcy Court

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**
www.flsb.uscourts.gov

**IN RE:**

**6913 VALENCIA DRIVE, LLC** **CASE NO. 26-20862-PDR**

**CHAPTER 11**

**Debtor.**
______________________________________/

## ORDER DISMISSING CASE

**THIS MATTER** came before the Court on September 2, 2026 at 2:30 p.m. (the "Hearing") on the *Court's Order to Show Cause Why Case Should Not Be Dismissed for Failure of Corporate Debtor to Retain Counsel* (the "Order to Show Cause"). [Dkt. No. 7]. The Court finds that notice of the Hearing was adequate and properly served on the Debtor at the address provided on the petition. As of the date of the Hearing, no counsel made an appearance on the docket or at the Hearing and no representative of the Debtor appeared at the Hearing.

Accordingly, for the reasons stated on the record by counsel for the United States Trustee and in the Order to Show Cause, the Court **ORDERS** as follows:

1. The case is dismissed.
2. Any pending motions, if any, are denied as moot.

# # #

Submitted by:
Daniel L. Gold, Esq.
Fl. Bar No. 0761281
Trial Attorney
Office of the United States Trustee
51 SW 1st Avenue, Ste. 1204
Miami, FL 33130
Dan.l.gold@usdoj.gov

The Clerk of the Court is directed to serve this Order to all parties in interest